IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WIHC LLC , | ) | CV 22-00305 DKW-RT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NEXTGEN LABORATORIES, | ) | |
| INC., JOSEPH DEL SIGNORE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Findings and Recommendation having been filed on November 14, 2022 and

served on all parties on December 6, 2022 (see ECF No. 24), and no objections

having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and

Recommendation to Grant Plaintiffs' Motion for Default Judgment", ECF No. 21,

are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: December 29, 2022, at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge