IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| WIHC, LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NEXTGEN LABORATORIES, INC., JOSEPH DEL SIGNORE,<br><br>　　　　Defendants. | Case No. 22-cv-00305 DKW-RT<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, WITH MINISTERIAL CHANGES** |

　　　　The Magistrate Judge's Findings and Recommendation ("F&R"), having been filed on May 31, 2023 and served on all parties the same day, and no objections having been filed by any party, IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Plaintiff's Motion for Attorneys' Fees," Dkt. No. 32, are adopted as the opinion and order of this Court, with the following ministerial edits:

　　　　The tables on pages 12 and 15 of the F&R should list "Maria A. McCormick" as the first Associate-Attorney, rather than "Amparo v. McCormick." Dkt. No. 32 at 12, 15.

1

The table on page 16 of the F&R erroneously states that Jackie Ching, Associate-Attorney, is entitled to charge **9.8** hours at a rate of $205.00 for the year 2023, rendering (i) a total of $2,009.00 for Jackie Ching for that year, (ii) a total amount of authorized attorneys' fees of $15,446.40, (iii) a total amount of authorized General Excise Tax ("GET") of $727.83, and (iv) a total amount of authorized attorneys' fees plus GET of $16,174.23.  Instead, the table on page 16 should state that Jackie Ching is entitled to charge **10.4** hours[1] at a rate of $205.00 for the year 2023, rendering (i) a total of $2,132.00 for Jackie Ching for that year[2], (ii) a total amount of authorized attorneys' fees of $15,569.40[3], (iii) a total amount of authorized GET of $733.63[4], and (iv) a total amount of authorized attorneys' fees plus GET of $16,303.03.  As a result, pages 1 and 17 should state that the recommended amount of authorized attorneys' fees equals $15,569.40 plus $733.63 GET, for a total of $16,303.03.  Also as a result, Pages 1–2 and 17 should

---

[1] Jackie Ching reported working 11.1 hours in 2023, Dkt. No. 32 at 7, and the F&R recommended a reduction of 0.7 hours, *id.* at 14, a recommendation this Court adopts.  However, the F&R erroneously found that Jackie Ching was thus entitled to charge for 9.8 hours in 2023, rather than the correct 10.4 hours.  All other changes in this paragraph result from this subtraction error.
[2] 10.4 multiplied by $205.00 equals $2,132.00.
[3] Per the F&R, Mark G. Valencia is entitled to charge $3,300.00 for 2022 and $616.00 for 2023; Maria A. McCormick is entitled to charge $7,925.00 for 2022; Jackie Ching is entitled to charge $1,200.00 for 2022; and Paulette A. Abrahante is entitled to charge $150.00 for 2022 and $246.40 for 2023.  Dkt. No. 32 at 15–16.  These amounts, along with the recalculated $2,132.00 to which Jackie Ching is entitled for 2023, total $15,569.40.
[4] GET is 4.712% of attorneys' fees.  *See* Dkt. No. 32 at 1.  4.712% of $15,569.40 equals $733.63.

state that the recommended reduction in Plaintiff's total request for fees is $7,028.37, rather than $7,157.17.[5]

## SUMMARY OF MINISTERIAL EDITS

| Page | Page Detail | Currently States | Should State |
|---|---|---|---|
| 1 | Introduction | $15,446.40 | $15,569.40 |
| 1 | Introduction | $727.83 | $733.63 |
| 1 | Introduction | $16,174.23 | $16,303.03 |
| 2 | Introduction | $7,157.17 | $7,028.37 |
| 12 | Table, Section C.1 | Amparo v. McCormick | Maria A. McCormick |
| 15 | Table, Section C.3 | Amparo v. McCormick | Maria A. McCormick |
| 16 | Table, Section C.3 | 9.8 | 10.4 |
| 16 | Table, Section C.3 | $2,009.00 | $2,132.00 |
| 16 | Table, Section C.3 | $15,446.40 | $15,569.40 |
| 16 | Section C.3 | $15,446.40 | $15,569.40 |
| 16 | Section C.3 | $727.83 | $733.63 |
| 16 | Section C.3 | $16,174.23 | $16,303.03 |
| 16 | Section D | $16,174.23 | $16,303.03 |
| 16 | Conclusion | $15,446.40 | $15,569.40 |
| 16 | Conclusion | $727.83 | $733.63 |
| 17 | Conclusion | $16,174.23 | $16,303.03 |
| 17 | Conclusion | $7,157.17 | $7,028.37 |

---

[5]Plaintiff requested a total award of $23,331.40 in attorneys' fees and GET. Dkt. No. 32 at 1. $23,331.40 minus $16,303.03 equals a $7,028.37 reduction.

## CONCLUSION

Plaintiff's Motion for Attorneys' Fees, Dkt. No. 30, is GRANTED, in accordance with the F&R and the ministerial edits described herein.  Plaintiff is awarded **attorneys' fees in the amount of $15,569.40 and GET in the amount of $733.63 for a total of $16,303.03**.

IT IS SO ORDERED.

DATED: July 6, 2023 at Honolulu, Hawai'i.

_____
Derrick K. Watson
Chief United States District Judge

---

WIHC, LLC v. NEXTGEN LABORATORIES, INC., JOSEPH DEL SIGNORE, Civil No. 22-00305 DKW-RT; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, WITH MINISTERIAL CHANGES**