IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WIHC LLC, | CV 22-00305 DKW-RT |
| Plaintiff, | |
| vs. | |
| NEXTGEN LABORATORIES, INC.; JOSEPH DEL SIGNORE, | |
| Defendants. | |

## ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR AMENDED DEFAULT JUDGMENT

Findings and Recommendation having been filed on August 24, 2023 and served on all parties on August 25, 2023, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Plaintiff's Motion for Amended Default Judgment", ECF No. 35, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: September 12, 2023 at Honolulu, Hawaii.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge